# EXHIBIT A

**In the Matter of the Arbitration**

| | |
|---|---|
| Adrianelly Larue,<br><br>                         Claimant,<br>     v.<br><br>Tawkify, Inc.,<br>                         Respondent. | |

## CONSENT ORDER

Before this Arbitrator, Kelly Overstreet Johnson, is a joint consent motion by Claimant, Adrianelly Larue, ("Claimant") and Tawkify, Inc. ("Tawkify") requesting that the Arbitrator issue an order on consent of Claimants and Respondent ("Consent Order") in favor of Claimant so that the parties may effectuate a settlement amongst them. Because the facts and law support the parties' motion, and based on the good cause shown, this Arbitrator **GRANTS** the Consent Order without the need for a hearing, and **FINDS, CONCLUDES,** and **ORDERS**:

1. This matter involves claims by Claimant for failure to pay wages for services rendered by the Claimant during the period of time prior to January 2023 pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. ("FLSA") (the "Claim").

2. The Arbitrator has jurisdiction over this matter, the Claim, and the parties.

3. Pursuant to a Settlement Agreement amongst the parties, which each Claimant has separately, knowingly and voluntarily executed and agreed after consultation with their counsel, Richard Celler Legal, P.A. ("Celler"), Respondent has agreed to provide payments to the Claimant and to Celler in the total amount of Twenty Thousand Dollars ($20,000, referred to as the "Settlement") consisting of: Ten Thousand Dollars ($10,000) to Claimant and Ten Thousand Dollars $10,000 for Celler for attorneys' fees and costs on behalf of Claimant.

4. After review of the Claim and the Settlement Agreement, I have determined that the Settlement is fair and appropriate to compensate Claimant and provide for attorneys' fees and costs pursuant to applicable law.

5. The attorneys' fees and costs payable to Celler were negotiated by the parties separately from, and without regard to, the amounts being paid to Claimant.

6. The Claimant has confirmed through her counsel that she understood, and agreed by signing the Settlement Agreement, she waives any right to monetary recovery against Respondent in connection with a local, state, or federal governmental agency proceeding (including a local, state, or federal judicial proceeding) and Claimant waives her rights to file a claim seeking monetary damages or injunctive relief in any court for the period of time through January 31, 2023, except to enforce the terms of the Settlement Agreement.

7. I hereby approve the Settlement and issue this Consent Order directing the payment of the Settlement in accordance with the parties' Agreement and to cooperate with one another to effectuate all necessary pleadings and instruments in accordance therewith.

8. The Arbitrator hereby dismisses this action, subject to the authority of a court of competent jurisdiction to compel compliance with this Consent Order.

**IT IS SO ORDERED.**

_November 25_, 2024
Tallahassee, Florida

_____
Arbitrator Kelly Overstreet Johnson