UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61686-CIV-DIMITROULEAS

ADRIANELLY LARUE,

    Plaintiff,

vs.

TAWKIFY, INC.,
KELLIE AMMERMAN,

    Defendants.
_____/

### ORDER GRANTING JOINT MOTION TO CONFIRM ARBITRATOR'S CONSENT ORDER AND FOR DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Motion to Confirm Arbitrator's Consent Order and for Dismissal with Prejudice [DE 16] (the "Motion"). The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 16] is **GRANTED**.
2. The Court hereby **CONFIRMS** the Arbitrator's Consent Order [DE 16-1].
3. This case is **DISMISSED WITH PREJUDICE;**
4. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of December, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record